

# Fifteenth Court of Appeals

By order of the Supreme Court of Texas, dated August 8, 2025, the following cases are transferred to the Tenth Court of Appeals at Waco, and the undersigned Clerk of this Court certifies that all necessary orders and papers in said cases are herewith transferred to the Clerk of the Tenth Court of Appeals.

**15-24-00066-CV**          **Richard Mark Dudley and Deanie Palmer Dudley v. Texas Municipal Power Agency**

I, Christopher A. Prine, Clerk of the Fifteenth Court of Appeals at Austin, hereby certify that this is a true and correct list of cases transferred to the Tenth Court of Appeals at Waco, as previously ordered by the Supreme Court of Texas as the same appears of record in this Court's minutes.

Given under my hand and seal of this Court at Austin, this August 8, 2025.

_____
Christopher A. Prine, Clerk
Fifteenth Court of Appeals at Austin

